THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v*
JOSEPH MOSHELL, Appellant.

Argued October 13, 1941; decided November 19, 1941.

*Herman S. Falk, Vernon F. Murphy, Leo H. Klugherz*
and *Richard Klugherz* for appellant.

*Elbert T. Gallagher, District Attorney (Joseph F. Gagliardi and Samuel Y. Austin, Jr.,* of counsel), for respondent. No error was committed in admitting in evidence the record of testimony taken at the assault trial in Philadelphia. (*Stokes* v. *People,* 53 N. Y. 164; *People* v. *Otto,* 101 N. Y. 690; *Hendrickson* v. *People,* 10 N. Y. 13; *People* v. *Soper,* 243 N. Y. 320.)

*Per Curiam.* On this record it was proper to admit the testimony of the defendant's daughter at the trial in Philadelphia upon the question of his motive, intent and state of mind. The testimony of the other witnesses on that trial was not admissible, but in this instance was helpful rather than harmful to the defendant.

The judgment of conviction should be affirmed.

LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ., concur.

Judgment of conviction affirmed.